**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

No. 99-4540

MARTINEZ ANTWON BOWENS, a/k/a
Twon, a/k/a T-Money,
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Virginia, at Richmond.
Robert E. Payne, District Judge.
(CR-98-380)

Submitted: March 31, 2000

Decided: April 17, 2000

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Dannie R. Sutton, Jr., GOODWIN, SUTTON, DUVAL & GEARY,
P.L.C., Richmond, Virginia, for Appellant. Helen F. Fahey, United
States Attorney, Michael C. Wallace, Sr., Assistant United States
Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Martinez Antwon Bowens was convicted of possession with intent to distribute cocaine base in violation of 21 U.S.C.§ 841(a)(1) (1994), and sentenced to 324 months' imprisonment. On appeal, Bowens maintains that: (1) there was insufficient evidence to support his conviction; (2) the district court erred in admitting testimony regarding his prior drug convictions and related drug conduct; and (3) the district court improperly enhanced his sentence for obstruction of justice. We have reviewed the formal briefs and the joint appendix and find sufficient evidence to sustain Bowens' conviction. See Glasser v. United States, 315 U.S. 60, 80 (1942). Furthermore, we find no abuse of discretion in the district court's evidentiary decisions. See United States v. Hassan El, 5 F.3d 726, 731 (4th Cir. 1993). Last, we find that the district court's findings that Bowens perjured himself on the stand were sufficient as a matter of law to support the two-level enhancement for obstruction of justice and were not clearly erroneous. See United States v. Castner, 50 F.3d 1267, 1279 (4th Cir. 1995).

Accordingly, we affirm Bowens' conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2